1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 LUAN YAN HUANG,                          )
                                            ) No. C 07-1664 JSW
13             Plaintiff,                   )
                                            )
14       v.                                 ) STIPULATION TO EXTEND
                                            ) TIME WITHIN WHICH THE
15 MICHAEL CHERTOFF, Secretary of the       ) DEFENDANT MUST FILE
   Department of Homeland Security;         ) AN ANSWER
16 EMILIO T. GONZALEZ, Director, U.S.       )
   Citizenship and Immigration Services;    )
17 DAVID STILL, Director, San Francisco     )
   District Office, U.S. Citizenship and    )
18 Immigration Services;                    )
   ROBERT S. MUELLER, Director of Federal   )
19 Bureau of Investigation,                 )
                                            )
20             Defendants.                  )
   _____)
21

22    Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to a 10-day extension of time

24 within which the defendants must serve their answer to the complaint in the above-entitled action.

25 The defendants will file their answer on or June 4, 2007.

26 ///

27 ///

28

Stipulation to Extend Time
C 07-1664 JSW

1 Dated: May __, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Edward A. Olsen

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

9 Date: May 25, 2007

/s/ Justin X. Wang

JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

16 Date: May 29, 2007

/s/ Jeffrey S. White

JEFFREY S. WHITE
United States District Judge

Stipulation to Extend Time
C 07-1664 JSW