IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUAN YAN HUANG, | |
| Plaintiff, | No. C 07-01664 JSW |
| v. | |
| MICHAEL CHERT OFF, et al., | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendants. | |

This matter is set for a hearing on August 17, 2007 on Defendants' motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition to this motion shall be due by Wednesday, June 20, 2007 and Defendants' reply, if any, shall be due by Wednesday, June 27, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 6, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE