SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUAN YAN HUANG, ) | No. C 07-1664 JSW |
| Plaintiff, ) | |
| v. ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; DAVID STILL, Director, San Francisco District Office, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE, TO EXTEND DEADLINE FOR ANSWER TO PLAINTIFF'S AMENDED COMPLAINT, AND TO VACATE THE COURT'S BRIEFING SCHEDULE; AND [PROPOSED] ORDER**<br><br>Date: June 29, 2007<br>Time: 1:30 p.m. |
| Defendants. ) | |

The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate to: (1) extend the date of the case management conference, currently scheduled for June 29, at 1:30 p.m., to August 17, 2007, (2) extend the deadline for the government's answer to plaintiff's amended complaint to July 27, and (3) vacate the Court's briefing schedule, issued on June 6, 2007, on the defendants' motion to dismiss. This stipulation is based on the following:

1. The plaintiff filed an action on March 22, 2007, asking this Court to adjudicate his application for naturalization or, in the alternative, to remand to the United States Citizenship and

STIPULATION TO EXTEND DATES AND PROPOSED ORDER
C 07-1664 JSW

Immigration Services (USCIS) with instructions to adjudicate his naturalization application.

2. The defendants filed a motion to dismiss the plaintiff's action on June 4, 2007, on the ground that the USCIS had already denied the plaintiff's application for naturalization and that the plaintiff's administrative hearing on the denial of his naturalization application was pending with USCIS.

3. On June 6, 2007, this Court entered an order setting a briefing schedule on the defendants' motion to dismiss.

4. On June 11, 2007, the plaintiff filed an amended complaint, seeking an order directing USCIS to act on his administrative appeal from the denial of his naturalization application.

5. The parties believe there is a reasonable probability that this case may soon be moot.

According, the parties respectfully ask this Court to: (1) extend the date of the case management conference, currently scheduled for June 29th, to August 17th, (2) extend the deadline for the government's answer to plaintiff's amended complaint to July 27, 2007, and (3) vacate the June 6, 2007 order setting a briefing schedule on defendants' motion to dismiss, in light of the fact that the plaintiff has filed an amended complaint.

Date: June 22, 2007              Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney


                                  /s/
                                 EDWARD A. OLSEN
                                 Assistant United States Attorney
                                 Attorneys for Defendants




                                  /s/
Date: June 22, 2007              JUSTIN WANG
                                 Baughman & Wang
                                 Attorneys for Plaintiff


STIPULATION TO EXTEND DATES AND PROPOSED ORDER
C 07-1664 JSW

1
2 **ORDER**
3 Pursuant to stipulation, IT IS SO ORDERED.
4
5
6 Date: June 25, 2007  _____
   JEFFREY S. WHITE
7 United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND DATES AND PROPOSED ORDER
C 07-1664 JSW